**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
Case No. 20-CV-24168-DLG

WINDY LUCIUS,

    Plaintiff,

v.

PRONOVIAS U.S.A., INC.,

    Defendant.
_____/

## ORDER

**THIS CAUSE** comes before the Court upon the Parties' Notice of Voluntary Dismissal with Prejudice [D.E. 7].

**THE COURT** has considered the record and is otherwise fully advised in the premises. Accordingly, it is hereby

**ORDERED AND ADJUDGED** that this Matter, in its entirety, is **DISMISSED WITH PREJUDICE.** Each party shall bear its own costs and attorney's fees, except as agreed upon by the Parties. It is further **ORDERED AND ADJUDGED** that the Clerk of Court shall **CLOSE** this case. All pending motions are **DENIED AS MOOT.**

**DONE AND ORDERED** in Chambers at Miami, Florida, this 12th day of April, 2021.

                                            s/ Donald L. Graham
                                            DONALD L. GRAHAM
                                            UNITED STATES DISTRICT JUDGE

cc:  All Counsel of Record